# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| **1661, INC. d/b/a GOAT, a Delaware corporation** | ) |
| *Plaintiff* | ) ) ) |
| v. | ) ) Civil Action No. 2:23-cv-10853 -MAR |
| **PESJ HOLDING COMPANY, LLC d/b/a SNEAKGALLERY, a Texas limited liability company; and DOES 1-10,** | ) ) ) ) ) |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Brian Bankowski, being duly sworn, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to PESJ Holding Company, LLC in Dallas County, TX on January 4, 2024 at 8:41 AM at 3039 Nowitzki Way, Unit 3108, Dallas, TX 75219 by leaving the following documents with Prince Smith, who as Owner is authorized by appointment or by law to receive service of process for PESJ Holding Company, LLC.

Complaint and Demand for Jury Trial
Summons in a Civil Action
Civil Cover Sheet
Certification and Notice of Interested Parties
Report on the Filing of Action Regarding Trademark
Notice to Counsel - Assignment to Magistrate Judge
Statement of Consent to Proceed Before a U.S. Magistrate

Black or African American Male, est. age 35-44, glasses: N, Brown hair, 180 lbs to 200 lbs, 5' 6" to 5' 9". Geolocation of Serve: https://google.com/maps?q=32.7888963366,-96.8101958673

Photograph: See Exhibit 1

I DECLARE UNDER PENALTY OF PERJURY THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in Denton County, TX on 1/5/2024.

/s/ *Brian Bankowski*

Brian Bankowski
(682) 557-2802

