UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   2:23–cv–10853–MWF–JPR         Date        July 19, 2024

Title        1661, INC. V. PESJ HOLDING COMPANY, LLC ET AL

---

PRESENT:  THE HONORABLE  MICHAEL W. FITZGERALD, U.S. DISTRICT JUDGE

          Rita Sanchez                                    Not Reported;
       Courtroom Deputy                                  Court Reporter

     Attorney(s) Present for Plaintiff(s):      Attorney(s) Present for Defendant(s):
              None Present                                None Present

**PROCEEDINGS (IN CHAMBERS):  ORDER TO SHOW CAUSE RE DEFAULT JUDGMENT**

     In light of the Default By Clerk entered on July 19, 2024, the Court sets a hearing for Order To Show Cause Re Default Judgment for August 19, 2024 at 11:30 AM. If a Motion for Default Judgment is filed prior to this hearing, the hearing on the Order To Show Cause will be discharged, and no appearance will be necessary.

     Any Motion for default judgment must comply with the Court's Procedures and Schedules. *See* http://www.cacd.uscourts.gov/honorable-michael-w-fitzgerald.

     **IT IS SO ORDERED.**

                                                    Initials of Clerk:  smom