# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 1661, INC. d/b/a GOAT, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>PESJ HOLDING COMPANY, LLC d/b/a SNEAKGALLERY, a Texas limited liability company; SIDNEY SMITH, an individual; and DOES 1-10,<br><br>Defendants. | Case No. 2:23-cv-10853-MWF-JPR<br><br>Hon. Michael W. Fitzgerald<br><br>**PRELIMINARY INJUNCTION** |

The Court, having considered Plaintiff 1661, Inc.'s Motion for Default Judgment, the declarations filed in support thereof, the arguments of counsel, and the other pleadings and papers on file in this matter, and pursuant to Rule 65 of the Federal Rules of Civil Procedure, the Court now **ORDERS** as follows:

1. IT IS HEREBY ORDERED that, pending final resolution of this action, Defendants PESJ Holding Company, LLC and Sidney Smith (collectively, "Defendants") including any agents, affiliates, subsidiaries, parents, officers, directors, employees, and assigns, and all persons in active concert or participation with them, who receive actual notice of this Order by personal service or otherwise, shall be preliminarily **RESTRAINED** and **ENJOINED** from the following:

Directly or indirectly engaging in any future sales of product bearing the GOAT mark or any colorable imitation thereof or any mark confusingly similar thereto, to market, advertise, manufacture, distribute, promote, offer for sale, sell, render, or identify Defendants' clothing, software, online marketplaces, websites, telecommunication services, and catalog ordering services, if any.

2. Defendants are hereby **ORDERED** to transfer ownership of its social media and websites associated with Sneak Gallery to Plaintiff, including, but not limited to, the following accounts:

///
///
///
///
///

1  The Instagram account associated with the URL www.instagram.com/sneakgallery; the
2  X account associated with the URL www.x.com/sneakgallery; the Facebook account
3  associated with the URL www.facebook.com/sneakgallery; and the web domain
4  www.sneakgallery.com.

**IT IS SO ORDERED.**

Dated: August 6, 2025

MICHAEL W. FITZGERALD
United States District Judge